B 104
(Rev. 2/92)

# ADVERSARY PROCEEDING COVER SHEET
(Instructions on Reverse)

ADVERSARY PROCEEDING NUMBER
(Court Use Only)

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Timothy Robert James | Mack and Daves |
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>William W. Pepper<br>Pepper & Nason<br>8 Hale Street<br>Charleston, WV 25301<br>(304) 346-0361 | ATTORNEYS (if Known) |

**PARTY** (Check one box only) x 1 U.S. PLAINTIFF    ☐ 2 U.S. DEFENDANT   ☐ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

## NATURE OF SUIT
(Check the one most appropriate box only.)

X☐ 454 To Recover Money or Property

☐ 435 To Determine Validity, Priority .,
Extent of a Lien or Other Interest in
Property

☐ 458 To obtain approval for the sale of
both the interest of the estate and
of a co-owner in property

☐ 424 To object or to revoke a discharge
11 U.S.C. §727

☐ 455 To revoke an order of confirmation
or of a Chap. 11, Chap. 12 or Chap. 13 Plan

☐ 426 To determine the dischargeability of
a debt 11 U.S.C. §523

☐ 434 To obtain an injunction or other
equitable relief

☐ 457 To subordinate any allowed claim
or interest except where such
subordination is provided in a plan

☐ 456 To obtain a declaratory judgment
relating to any of foregoing causes
of action

☐ 459 To determine a claim or cause of
action removed to a bankruptcy
court

☐ 498 Other (specify

| ORIGIN OF PROCEEDINGS (Check one box only.) | X 1 Original Proceeding | ☐ 2 Removed Proceeding | ☐ 4 Reinstated or Reopened Bankruptcy | ☐ 5 Transferred from Another Court | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 |
|---|---|---|---|---|---|

| DEMAND | NEAREST THOUSAND<br>$2,400.00 | OTHER RELIEF SOUGHT | ☐ JURY DEMAND |
|---|---|---|---|

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR | BANKRUPTCY CASE NO. |
|---|---|
| Timothy Robert James | 07-10127 |

| DISTRICT IN WHICH CASE IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
|---|---|---|
| Southern | West Virginia | Ronald G. Pearson |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

**FILING FEE** (Check one box only.)   ☐ FEE ATTACHED   ☐ FEE NOT REQUIRED   ☐ FEE IS DEFERRED

| DATE | PRINT NAME | SIGNATURE OF ATTORNEY (OR PLAINTIFF) |
|---|---|---|
| 9/4/07 | William W. Pepper | /s/ |

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:

TIMOTHY ROBERT JAMES           Chapter 7
    Debtor.                                Case No. 07-10127
                                      Liquidation

TIMOTHY ROBERT JAMES

    Plaintiff,

v.                                                     A.P. No. 07-

MACK & DAVES

    Defendant.

## COMPLAINT FOR TURNOVER

Now comes Timothy Robert James by and through undersigned counsel and respectfully represents as follows:

1. That this Court has exclusive jurisdiction over this proceeding under 28 U.S.C. 1471.

2. That debtor/plaintiff filed a voluntary petition under Chapter 7 of the Bankruptcy Code on July 31, 2007.

3. That duly listed in the debtors' schedules is the debt owed to Mack and Daves at its address of 1010 Third Avenue, Huntington, West Virginia, 25701.

4. That within the 90 day preference period Mack and Daves obtained by way of Suggestee Execution wage garnishee in the amount of $2,760.51 pre-petition, plus interest and court costs.

5.	That this levy allowed Mack and Daves to receive a preference inasmuch as they have received wages of the debtor and forced payments from the debtor on a non-priority, non-secured debt.

6.	That the debtor duly listed and exempted under Schedules B and C his right to return of this pre-filing wage garnishee.

7.	The debtor has the right to the return of the funds taken by Suggestee Execution totaling $2,401.74, plus attorney fees and costs.

WHEREFORE, debtor/plaintiff requests this Court to require the defendant return to the debtor the $2,401.74; award him damages, attorney fees and costs; and for such other and further relief as is just.

TIMOTHY ROBERT JAMES
By Counsel

WILLIAM W. PEPPER (WVSB #2857)
Counsel for Debtor/Plaintiff
Pepper & Nason
8 Hale Street
Charleston, West Virginia  25301
(304) 346-0361